ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Suffolk Construction Company ) ASBCA Nos. 59079, 59080
)
Under Contract No. N40085-11-C-7231 )

APPEARANCE FOR THE APPELLANT: Thomas R. Gonnella, Esq.
   Pannone Lopes Devereaux & West LLC
   Providence, RI

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
   Navy Chief Trial Attorney
   Stephen L. Bacon, Esq.
   Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 28 August 2014

_____
ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59079, 59080, Appeals of Suffolk Construction Company, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals